IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2009 MAR 20 PM 2:48

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § § *Plaintiff*, § vs. § § AT&T MOBILITY LLC, RESEARCH IN § MOTION CORPORATION, SONY § ERICSSON MOBILE COMMUNICATIONS § (USA) INC., SPRINT SOLUTIONS, INC., § T-MOBILE USA, INC., CELLCO § PARTNERSHIP d/b/a/ VERIZON § WIRELESS, VOLVO CARS OF NORTH § AMERICA, LLC and VOVDI MOTORS § LIMITED PARTNERSHIP d/b/a VOLVO § OF DALLAS § § *Defendants* § | Case No. 2 - 09 CV - 083 **JURY TRIAL DEMANDED** |

**PLAINTIFF TRAFFIC INFORMATION, LLC'S DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff, Traffic Information, LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of Traffic Information LLC's stock.

Respectfully submitted,

Dated: March 20, 2009

By: _____
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
Jeffrey S. David
State Bar No 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
J. Wesley Hill
State Bar No. 24032294
wesleyhill@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

ATTORNEYS FOR PLAINTIFF