AO 120 (Rev 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 US C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Eastern District of Texas on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO<br>2-09CV-083 | DATE FILED<br>MAR 20 2009 | U S DISTRICT COURT |
|---|---|---|
| PLAINTIFF<br>Traffic Information, LLC | | DEFENDANT<br>AT&T Mobility LLC, Research In Motion Corporation, Sony Ericsson Mobile Communications (USA) Inc., Sprint Solutions, Inc., T-Mobile USA, Inc., CELLCO Partnership d/b/a Verizon Wireless, Volvo Cars of North America, LLC, and VOVDT Motors Limited Partnership d/b/a Volvo of Dallas |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,785,606 | 8/31/04 | Traffic Information, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY: ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1-Upon initiation of action, mail this copy to Director   Copy 3-Upon termination of action mail this copy to Director
Copy 2-Upon filing document adding patent(s), mail this copy to Director   Copy 4-Case file copy