IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| AT&T MOBILITY LLC; JVC AMERICAS | § | |
| CORPORATION; SPRINT SOLUTIONS, | § | Case No. 2:09-cv-083 |
| INC.; and T-MOBILE USA, INC., | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## NOTICE OF COMPLIANCE WITH DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

Plaintiff Traffic Information, LLC ("Traffic") by and through its attorneys states that it complied with serving its Disclosures of Asserted Claims and Infringement Contentions on AT&T Mobility LLC pursuant to P.R. 3-1 and 3-2 on April 26, 2010.

Respectfully submitted,

Dated:  April 26, 2010                By:  /s/ C. Dale Quisenberry
                                           C. Dale Quisenberry
                                           State Bar No. 24005040
                                           dquisenberry@pqelaw.com
                                           John T. Polasek
                                           State Bar. No. 16088590
                                           tpolasek@pqelaw.com
                                           Jeffrey S. David
                                           State Bar No. 24053171
                                           jdavid@pqelaw.com
                                           POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
                                           6750 West Loop South, Suite 920
                                           Bellaire, Texas 77401
                                           Telephone: (832) 778-6000
                                           Facsimile: (832) 778-6010

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C
6101 S. Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of April, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                /s/ C. Dale Quisenberry